EXHIBIT A

JOSIE DELVIN
BENTON COUNTY CLERK
2023 APR 14 AM 11:20
FILED CS-4

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF BENTON

| | |
|---|---|
| STATE OF WASHINGTON, Plaintiff, vs. KRISTINA LEE RIPPLINGER, Defendant. | NO. 23-1-00363-03 MOTION FOR ARREST/DETENTION (PROBABLE CAUSE) |

The Prosecuting Attorney moves for authority to arrest and detain the above defendant based on the following affidavit.

Tyler Grandgeorge, #55422
*Deputy Prosecuting Attorney*
OFC ID 91004

STATE OF WASHINGTON )
*County of Benton* )ss

1. Affiant is a Deputy Prosecuting Attorney for this county and makes this affidavit in that capacity.
2. The above defendant is accused of a crime(s) by an Information.
3. Affiant believes probable cause exists for the arrest and detention of the defendant because of the following facts and circumstances: Police reports indicate that in Benton County, Washington:

On April 3, 2023, Kennewick Police were contacted by an attorney representing Horse Heaven Hills Pet Urgent Care (HHH). The attorney informed law enforcement that the business had recently discovered that a substantial amount of money had been wrongfully taken from the business over the last few years. She directed law enforcement to Sheila Erickson, who owned the firm. Ms. Erickson explained that she had recently hired a specialized CPA firm to review the business's practices in order to try to streamline the business. She explained that the CPA firm had conducted a long-term budget reconciliation that compared cash receipts from HHH's internal records system with the deposit records for their business accounts. She explained that the CPA firm had identified discrepancies that appeared to show that substantial amounts of

- cash paid to the business by customers for routine pet services were not being deposited into the firm's bank accounts.

- Ms. Erickson provided law enforcement copies of emails from the CPA firm that uncovered the discrepancies – JF Bell Group. The emails confirmed an extensive number of transactions dating back to February of 2019, in which large amounts of cash that was received from customers was reported as showing being received by the business but was never deposited at the firm's bank.

- Ms. Erickson explained that these missing deposits started only about a year after the business was founded. She further explained that she believed that Kristina Ripplinger was responsible. Ms. Erickson explained that she had long been friends with Ms. Ripplinger, and had previously helped her obtain work, and specifically sought her out to be a practice manager for the firm when she started it in the summer of 2018. Ms. Ripplinger had always been the primary office manager, and her job description – which Ms. Ripplinger wrote – had slowly evolved over the years to the point that she was the sole individual responsible for controlling cash and reconciling financial statements. Ms. Erickson explained that other than a few isolated times when Ms. Ripplinger was on vacation or ill, she was the only person to have access to the cash, and the one responsible for making all cash deposits at the bank. Further, Ms. Ripplinger was the only person, other than herself, who had access to the keyed lockbox in which the cash was stored.

- Additionally, staff with JF Bell Group explained in emails to Ms. Erickson that they had first discovered the discrepancies when reconciling the accounts for January 2023, shortly after the firm was hired. They identified that only $740 in cash had been deposited in January. This raised alarm since the last deposit had been made on December 2022, and had received cash payments nearly every day since that deposit. In total they identified nearly $14,000 missing just in that time period. When they first discovered this, the CPA reached out to the office and spoke with Ms. Ripplinger – who at the time they had no reason to suspect may have been behind the missing funds. Ms. Ripplinger was surprised that the CPA was looking into their cash management and claimed that she that the everything was being taken care of. Those missing funds were never located. After the contact with Ms. Ripplinger, the future deposits for February showed a massive decrease in missing funds, more in line with standard operating practice. However, March and April account information was not yet available at that time.

- JF Bell Group also located extensive checks to the business that were improperly logged, and noted numerous suspicious patterns in the transaction history, including that deposits were made far less frequently than would be appropriate for the amount of business being done, and that almost all deposits were round numbers,

rarely with any change and frequently rounded to the hundreds or even thousands place. This is highly unusual for a business such as a veterinary clinic.

- JF Bell Goup reviewed financial history and transactions back to at least February 1st, 2019. Although the records at that time are incomplete, and there remains significant uncertainty in the total missing cash payments – in part due to the computer software used by HHH – the CPA firm was able to determine that at least $2,535.98 in cash was unaccounted for in 2019, although unverified transactions indicate the actual number could be at least $40,000 higher. They similarly discovered that $29,430.84 had gone unaccounted for in 2020. $199,057.97 had been left unaccounted for in 2021, and another $221,469.30 was missing in 2022. Combined with the approximate missing cash deposits from 2023, JF Bell Group confirmed that $470,082.47 could be confirmed to have gone unaccounted for. Due to extensive other irregularities in records related to checks and other financial transactions, the actual amount missing is believed to be substantially higher. Again, March and April 2023 numbers were not immediately available.

- After being informed of the missing funds, Ms. Erickson realized that the only person on her staff that had access to the funds was Ms. Ripplinger. Ms. Erickson reviewed surveillance video of their office and saw video of Ms. Ripplinger taking cash out of the business's bank moneybag, and placing it in her purse. This video was from 04/05/2023.

- On April 11, 2023, Kennewick Police arrested Ms. Ripplinger on suspicion of theft, and arrested her. Officers Mirandized Ms. Ripplinger, and she agreed to speak with them. During the interview, Ms. Ripplinger admitted to stealing money from the business for at least the last two years. She explained that she intended to use the money for her personal expenses, and although she tried to pay it back, the amount simply grew out of control. She specifically admitted to taking the money by taking cash out of business's bank moneybag. Although she admitted to stealing money, when confronted with the total amount that had been taken she denied responsibility. She did admit to the incident on video from April 5, and admitted to attempting to conceal her embezzlement by created false records of refunds to customers.

- Pursuant to a warrant issued by the Benton County Superior Court, Kennewick Police executed a search of Ms. Ripplinger's bank account at HAPO Community Credit Union. The records cover 2019 to 2023. The records show, particularly in 2021 and 2022, routine direct deposits of approximately $20,000. This number includes the approximate $10,000 in direct deposits from her and her husband's employers. Ms. Ripplinger further admitted to routine making ATM cash deposits of approximately $4,000 multiple times per month using the cash she had taken. It was common for even

this substantial amount to be spent each month.

. Ms. Ripplinger refused to admit to a total amount taken, but admitted it was over $5,000 and was a lot more than she thought.

It is important to note that there is no reason to believe that any customers, insurance providers, or other third parties were ever falsely or fraudulently charged. Only cash payments were impacted, and the CPA firm did not identify any fraudulent charges to accounts belonging to customers or business partners.

*/s/ Tyler Grandgeorge*
_Affiant_

**SUBSCRIBED AND SWORN** to before me on this 13th day of April, 2023, by TYLER GRANDGEORGE.

*/s/ Meaghan Risley*
**MEAGHAN RISLEY**
**NOTARY PUBLIC**

**3.5: X .**

My Appt. Expires: 9/11/2024