

EXHIBIT B

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF BENTON

| | |
|---|---|
| STATE OF WASHINGTON,<br>Plaintiff,<br>vs.<br><br>KRISTINA LEE RIPPLINGER,<br>DOB: 05/26/1979,<br>SID: ,<br>FBI: ,<br>DL: RIPPLKL217K6,<br>Defendant. | NO. 23-1-00363-03<br><br>INFORMATION |

COMES NOW, ERIC EISINGER, Prosecuting Attorney for Benton County, State of Washington, and by this his Information accuses

KRISTINA LEE RIPPLINGER

of the crime(s) of:

FIRST DEGREE THEFT, RCW 9A.56.030(1)(a) and 9A.56.020(1)(a), WITH AGGRAVATING CIRCUMSTANCE ALLEGATION - POSITION OF TRUST, RCW 9.94A.535(3)(n), AND AGGRAVATING CIRCUMSTANCE ALLEGATION - MAJOR ECONOMIC OFFENSE, RCW 9.94A.535(3)(d),

committed as follows, to-wit:

### COUNT 1

That the said Kristina Lee Ripplinger, in Benton County, Washington, during time intervening between the 1st day of February, 2019, and the 15th day of February, 2023, did wrongfully obtain or exert unauthorized control over property or services of another, to-wit: cash in the amount of approximately $470,082.47 rightfully belonging to Horse Heaven Hills Pet Urgent Care, of a value exceeding $5,000, with intent to deprive such other of such property or services; proscribed by RCW 9A.56.030(1)(a) and RCW 9A.56.020(1)(a), a felony.

### AGGRAVATING CIRCUMSTANCE ALLEGATION - POSITION OF TRUST

That the crime was aggravated by the following circumstance: the defendant used his or her position of trust, confidence, or fiduciary responsibility to facilitate the commission of the crime, as provided

by RCW 9.94A.535(3)(n).

**AGGRAVATING CIRCUMSTANCE ALLEGATION - MAJOR ECONOMIC OFFENSE**

That the crime was aggravated by the following circumstance: the crime was a major economic offense or series of offenses due to the following factors: the current offense involved attempted or actual monetary loss substantially greater than typical for the offense; and/or the current offense involved a high degree of sophistication or planning or occurred over a lengthy period of time; and/or the defendant used his or her position of trust, confidence, or fiduciary responsibility to facilitate the commission of the current offense, as provided by RCW 9.94A.535(3)(d).

**DATED** at Kennewick, Washington on April 13, 2023.

**ERIC EISINGER**
Prosecuting Attorney

*[signature]*

**Tyler Grandgeorge, #55422**
*Deputy Prosecuting Attorney*
OFC ID 91004

STATE OF WASHINGTON    )
                       ss
*County Of Benton*     )

**TYLER GRANDGEORGE**, being first duly sworn on oath, says (s)he is the duly appointed, acting and qualified Deputy Prosecuting Attorney in and for Benton County, that (s)he has read the foregoing Information, knows the contents thereof, and believes the same to be true.

_____

**SUBSCRIBED AND SWORN** to before me this 13th day of April, 2023.

**JOSIE DELVIN**
County Clerk/Clerk of Benton Co. Superior Court

By_____