JOSIE DELVIN
BENTON COUNTY CLERK

JUN 01 2023

FILED

EXHIBIT C

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

COUNTY OF BENTON

| | |
|---|---|
| H3PUC, PLLC, a Washington professional limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA LEE RIPPLINGER and TOBY JOSEPH RIPPLINGER, husband and wife,<br><br>Defendants. | Cause No. 23-2-01035-03<br><br>COMPLAINT FOR CONVERSION |

1. Plaintiff H3PUC, PLLC (H3PUC) is a Washington professional limited liability company transacting business in Benton County, Washington.

2. Defendants Kristina Lee Ripplinger (Ripplinger) and Toby Joseph Ripplinger are husband and wife residing in Benton County, Washington.

I. **JURISDICTION AND VENUE**

3. This is an action to obtain a judgment for an indebtedness. Jurisdiction is vested in this court pursuant to RCW 2.08.010.

4. Venue of this action is proper in this court pursuant to RCW 4.12.025(1) because the Defendants reside in Benton County, Washington.

COMPLAINT FOR CONVERSION - 1

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-3    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 1 of 3

## II. FACTS

5. At all times relevant to the claims herein, Ripplinger was an employee of H3PUC.

6. All acts of Ripplinger complained of herein were done for the benefit of the marital community.

7. In her capacity as an employee of H3PUC, Ripplinger was responsible for the day-to-day management of H3PUC, including depositing funds received from customers into the company bank account and reconciliation of customer payments in Quickbooks and the company's practice management software.

8. From approximately 2018 through April 2023, Ripplinger stole funds belonging to H3PUC for personal use.

9. In an effort to conceal her misdeeds, Ripplinger manipulated entries in H3PUC's Quickbooks and practice management software without the knowledge or consent of H3PUC or H3PUC's owner.

10. In April 2023, H3PUC discovered the discrepancy between the amounts of cash reported received from clients for payment on H3PUC accounts and the cash deposits shown on H3PUC's bank account statements.

11. On April 11, 2023, the Kennewick Police Department confronted Ripplinger regarding the discrepancy, and Ripplinger admitted to taking cash from H3PUC's deposits for her own personal use.

12. To date, Ripplinger owes H3PUC reimbursement of an amount not less than $470,082.47.

## III. CAUSE OF ACTION – CONVERSION

13. H3PUC, PLLC is the owner of cash taken by Ripplinger.

14. Ripplinger has no true claim to ownership of the cash.

15. Ripplinger's wrongful holding of the cash has deprived H3PUC of its rights to possess the property.

16. Ripplinger has committed the tort of conversion.

17. H3PUC has been damaged in an amount not less than $470,000.

COMPLAINT FOR CONVERSION - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-3    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 2 of 3

18. All acts of Ripplinger were done on behalf of her marital community.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. For entry of judgment in favor of H3PUC, PLLC and against Defendants in the principal amount of no less than $470,000 plus accrued prejudgment interest and post-judgment interest, and attorney fees and costs authorized by contract, statute, or in equity; and

2. For other such relief as the Court deems just and equitable.

DATED this 20 day of April, 2023.

WALKER HEYE, PLLC
Attorneys for Plaintiff

By: _____
JILLIAN A. HARLINGTON, WSBA #48136
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
P: 509.735.4444 (office)
P: 509.537-1216 (direct)
E-mail: *jharlington@walkerheye.com*

COMPLAINT FOR CONVERSION - 3

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-3    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 3 of 3