EXHIBIT D

JOSIE DELVIN
BENTON COUNTY CLERK
JUN 14 2024
FILED
MS 3

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

COUNTY OF BENTON

| | |
|---|---|
| H3PUC, PLLC, a Washington professional limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA LEE RIPPLINGER and TOBY JOSEPH RIPPLINGER, husband and wife,<br><br>Defendants. | Cause No. 23-2-01035-03<br><br>ORDER GRANTING MOTION TO STRIKE DEFENDANTS' ANSWER AND DEFENDANTS' AMENDED ANSWER AND FOR ENTRY OF DEFAULT |

THIS MATTER, having come before the Court upon Plaintiff's Motion to Strike Defendants' Answer and Amended Answer and for Entry of Default for Defendants' Failure to Produce Responses to Discovery.

The Court having considered the motion, documents, and records in the Court's files, and having heard the argument of counsel the Court finds as follows:

1. Defendants have failed to respond to Plaintiff's discovery requests in violation of Civil Rule 26.

2. Defendants' continued failure to respond to Plaintiff's discovery requests in violation of Civil Rule 26 was willful and deliberate.

ORDER GRANTING MOTION TO STRIKE
DEFENDANTS' ANSWER AND DEFENDANTS'
AMENDED ANSWER AND FOR ENTRY OF
DEFAULT - 1

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140



24-80034-WLH    Doc 1-4    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 1 of 3

3. Defendants have failed to respond to Plaintiff's discovery requests in violation and contempt of the Court's Orders entered March 25, 2024 and May 10, 2024.

4. Defendants' continued failure to respond to Plaintiff's discovery requests in violation and contempt of the Court's Orders entered March 25, 2024, May 10, 2024, and June 12, 2024 was willful and deliberate.

5. Defendants' continued failure to respond to Plaintiff's discovery requests substantially prejudices Plaintiff in its ability to prepare for Defendants' depositions scheduled for June 26-28, 2024.

6. Defendants' continued failure to respond to Plaintiff's discovery requests substantially prejudices Plaintiff in its ability to depose third party witnesses in preparation for trial.

7. Defendants' continued failure to respond to Plaintiff's discovery requests substantially prejudices Plaintiff in its ability to prepare for trial which is scheduled to begin on August 5, 2024.

8. On June 12, 2024, the Court imposed monetary sanctions and an award of attorney fees as a lesser sanction to compel Defendants' compliance with CR 26 and the Court orders entered on March 25, 2024 and May 10, 2024.

9. Despite the imposition of lesser sanctions and multiple orders requiring Defendants to respond to written discovery, Defendants have still failed to produce any discovery responses whatsoever.

10. The Court considered whether additional lesser sanctions would be effective in compelling Defendants' compliance with CR 26 and the Court's orders entered on March 25, 2024, May 10, 2024, and June 12, 2024. The Court considered additional monetary sanctions and attorney fees awards, additional orders compelling responses to discovery, and finds that these additional sanctions are inadequate given the history of the discovery dispute at issue and Defendants' continued violations of this Court's orders.

11. The Court finds that no lesser sanctions will be effective in securing Defendants' cooperation in discovery and compliance with this Court's orders, and as a result Plaintiff is substantially prejudiced in its ability to prepare for trial.

ORDER GRANTING MOTION TO STRIKE
DEFENDANTS' ANSWER AND DEFENDANTS'
AMENDED ANSWER AND FOR ENTRY OF
DEFAULT - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-4    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 2 of 3

12. Under *Burnet v. Spokane Ambulance*, 131 Wn. 2d 484, 494, 933 P.2d 1036 (1997), the Court finds that the severe discovery sanction of striking Defendants' Answer and Amended Answer and entering default against Defendants is warranted.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED and Defendants' Answer and Defendants' Amended Answer are hereby stricken from the record.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants are declared to be and hereby are in default and Plaintiff may submit a motion for entry of default judgment to the Court at *ex parte* without notice to the Defendants and without Defendants' opportunity to be heard.

DONE this 14th day of June, 2024.

_____
~~JUDGE /~~ COURT COMMISSIONER

Presented by:

WALKER HEYE, PLLC
Attorneys for Plaintiff

_____
JILLIAN A. HARLINGTON, WSBA #48136
JUSTINE T. KOEHLE, WSBA #52871

Approved as to form:

_____
KELBY J. DERENICK, WSBA #42860
*Attorney for Defendants*

ORDER GRANTING MOTION TO STRIKE
DEFENDANTS' ANSWER AND DEFENDANTS'
AMENDED ANSWER AND FOR ENTRY OF
DEFAULT - 3

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-4    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 3 of 3