EXHIBIT E

JOSIE DELVIN
BENTON COUNTY CLERK

JUN 25 2024

FILED

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

COUNTY OF BENTON

| | |
|---|---|
| H3PUC, PLLC, a Washington professional limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA LEE RIPPLINGER and TOBY JOSEPH RIPPLINGER, husband and wife,<br><br>Defendants. | Cause No. 23-2-01035-03<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT |

THIS MATTER came before the Court on Plaintiff's Motion for an Order for Entry of Default Judgment against Defendants Kristina Lee Ripplinger and Toby Joseph Ripplinger on the grounds that Defendants have been declared in default.

On June 14, 2024 this Court entered an order of default against Defendants Kristina Ripplinger and Toby Ripplinger. The June 14, 2024 order further provided that Plaintiff may move for entry of default judgment without notice to Defendants. Plaintiff appeared at ex parte through its attorney of record, Jillian A. Harlington. Notice of the hearing was not provided to Defendants. Defendants did not appear at the hearing personally or through an attorney.

ORDER OF DEFAULT
AND FOR ENTRY OF DEFAULT JUDGMENT - 1

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
509.735.7140

24-80034-WLH    Doc 1-5    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 1 of 2

Based on the argument of Plaintiff's counsel, the pleadings and evidence presented, the Court finds:

1. Defendants were properly served with Plaintiff's Summons and Complaint for Conversion in this matter on April 20, 2023.

2. On June 14, 2024 this Court struck Defendants' Answer(s) and entered default against Defendants Kristina Ripplinger and Toby Ripplinger.

3. This Court has reviewed the Declaration of Dr. Sheila Erickson and finds that entry of judgment in the principal amount of $563,430.68 against the Defendants, jointly and severally, it appropriate.

4. The Court has reviewed the Declaration of Jillian A. Harlington and the cost bill attached thereto and finds that an award of costs in the amount of $5,079.77 is appropriate.

5. Venue is proper in this action under RCW 4.12.025(1).

Based on the above findings, IT IS ORDERED:

1. Plaintiff's Motion for Entry of Default Judgment is granted.

DATED this 25 day of June, 2024.

**BRONSON J. BROWN**
_____
JUDGE / COURT COMMISSIONER

Presented by:

WALKER HEYE, PLLC
Attorneys for Plaintiff

By: _____
JILLIAN A. HARLINGTON, WSBA #48136
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
P: 509.735.4444 (office)
P: 509.537.1216 (direct)
E-mail: *jharlington@walkerheye.com*

ORDER OF DEFAULT
AND FOR ENTRY OF DEFAULT JUDGMENT - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

24-80034-WLH    Doc 1-5    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 2 of 2