EXHIBIT F

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

COUNTY OF BENTON

| | |
|---|---|
| H3PUC, PLLC, a Washington professional limited liability company, | Cause No. 23-2-01035-03 |
| | DEFAULT JUDGMENT |
| Plaintiff, | |
| v. | |
| KRISTINA LEE RIPPLINGER and TOBY JOSEPH RIPPLINGER, husband and wife, | |
| Defendants. | |

## JUDGMENT SUMMARY

Judgment Creditor:                H3PUC, PLLC

Attorney for Judgment Creditor:    Jillian A. Harlington
Walker Heye, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
(509) 735-4444

Judgment Debtor:                Kristina Lee Ripplinger, and
Toby Joseph Ripplinger

Attorney for Judgment Debtor:     Kelby Derenick
Derenick Law, PLLC
14 E. Main St., Suite 214

DEFAULT JUDGMENT - 1

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
509.735.7140



24-80034-WLH    Doc 1-6    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 1 of 3

Walla Walla, WA 99362
(509) 676-9805

| | |
|---|---|
| Amount of Judgment: | $563,430.68 |
| Interest to date of Judgment: | $ 0.00 |
| Total Costs: | $ 5,079.77 |
| Attorney fees: | $ 0.00 |
| **Total Judgment:** | **$568,935.45** |

THIS MATTER having come before the Court upon Plaintiff's Motion for Order of Default and for Entry of Default Judgment and it appearing to the Court that Defendants have neither appeared nor answered Plaintiff's Complaint within the time specified by Court rule, that Defendants have been properly served, and that venue is proper for grant of default, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HERBY ORDERED that Plaintiff be awarded:

1. Judgment in the amount of $563,430.68.
2. Cost of this action in the amount of $425.00.
3. Reasonable attorney fees in the amount of $0.
4. Interest on the total judgment accruing from the date of entry of this judgment at the rate of twelve percent (12%) per annum.

DATED this 25 day of June, 2024.

_____
BRONSON J. BROWN
JUDGE / COURT COMMISSIONER

Presented by:

WALKER HEYE, PLLC
Attorneys for Plaintiff

By: _____
JILLIAN A. HARLINGTON, WSBA #48136
1333 Columbia Park Trail, Ste 220

DEFAULT JUDGMENT - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.736.7240

1  Richland, WA 99352
   P: 509.735.4444 (office)
2  P: 509.537.1216 (direct)
   E-mail: *jharlington@walkerheye.com*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEFAULT JUDGMENT - 3

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444

24-80034-WLH    Doc 1-6    Filed 11/12/24    Entered 11/12/24 17:06:46    Pg 3 of 3