Randy L. Jameson, Jr., WSBA #30851
Armstrong & Jameson, P.S.
1491 Tapteal Drive, Ste. A
Richland, WA 99352

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

TOBY J. RIPPLINGER and KRISTINA L. RIPPLINGER,

    Debtors.

---

H3PUC, PLLC,

    Plaintiff,

vs.

TOBY J. RIPPLINGER and KRISTINA L. RIPPLINGER.,

    Defendants.

NO. 24-01591-WLH13

ADVERSARY NO. 24-80034-WLH13

ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

TO:     **CLERK OF THE ABOVE-ENTITLED COURT**

AND TO:     **MIKE I. TODD, Chapter 13 Trustee**

AND TO:     **H3PUC, PLLC, Plaintiff**

Page 1 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

**ARMSTRONG & JAMESON, P.S.**
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA 99352
(509) 943-4681
FAX (509) 946-3949

AND TO:     JUSTINE T. KOEHLE, Attorney For Plaintiff

**COMES NOW,** the Defendants, **TOBY J. RIPPLINGER and KRISTINA L. RIPPLINGER**, and answer the Complaint filed in the above-captioned matter as follows:

## I.     PARTIES

1.1    Defendants have insufficient knowledge to form a belief about the truth of the allegations and deny the paragraph on that basis.

1.2    Defendants admit to the contents of this paragraph.

## II.     JURISDCTION AND VENUE

2.1    Defendants deny the contents of this paragraph.

2.2    Defendants deny the contents of this paragraph.

2.3    Defendants deny the contents of this paragraph.

2.4    Defendants admit that the venue in the Eastern District of Washington is proper.

2.5    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

## III.     FACTS

3.1    Defendants admit to the contents of this paragraph.

3.2    Defendants admit that Kristina was employed by H3PUC but deny the remainder of the paragraph and any implications related to Kristina being in a role of sole management and financial responsibility.

3.3    Defendants deny the contents of this paragraph in its entirety.

3.4    Defendants deny the contents of this paragraph in its entirety.

3.5    Defendants have insufficient knowledge to form a belief about the truth of the allegations and deny the paragraph on that basis.

Page 2 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

**ARMSTRONG & JAMESON, P.S.**
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA  99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 2 of 7

3.6     Defendants have insufficient knowledge to form a belief about the truth of the allegations and deny the paragraph on that basis.

3.7     Defendants deny the contents of this paragraph in its entirety.

3.8     Defendants deny the contents of this paragraph in its entirety.

3.9     Defendants deny the contents of this paragraph in its entirety.

3.10    Defendants admit that Kristina was arrested on April 11, 2023, but deny the remainder of the paragraph.

3.11    Defendants admit that Kristina answered questions at the time of her arrest but deny the remainder of the paragraph.

3.12    Defendants admit that charges are currently pending against Kristina, however, deny the remainder of the paragraph.

3.13    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.14    Defendants admit to the contents of this paragraph.

3.15    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.16    Defendants admit to the contents of this paragraph.

3.17    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.18    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.19    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.20    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

Page 3 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

**ARMSTRONG & JAMESON, P.S.**
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA 99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 3 of 7

3.21    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.22    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.23    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

3.24    Defendants admit the contents of this paragraph in its entirety.

## IV.    FIRST CLAIM FOR RELIEF

4.1    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

4.2    Defendants deny the contents of this paragraph.

4.3    Defendants deny the contents of this paragraph.

4.4    Defendants deny the contents of this paragraph.

4.5    Defendants have insufficient knowledge to form a belief about the truth of the allegations and deny the paragraph on that basis.

4.6    Defendants deny the contents of this paragraph.

4.7    Defendants deny the contents of this paragraph.

4.8    Defendants deny the contents of this paragraph.

## V.    SECOND CLAIM FOR RELIEF

5.1    This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

5.2    Defendants deny the contents of this paragraph.

5.3    Defendants deny the contents of this paragraph.

5.4    Defendants deny the contents of this paragraph.

ARMSTRONG & JAMESON, P.S.
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA  99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 4 of 7

5.5     Defendants deny the contents of this paragraph.

5.6     Defendants deny the contents of this paragraph.

### VI.     THIRD CLAIM FOR RELIEF

6.1     This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

6.2     Defendants deny the contents of this paragraph.

6.3     Defendants deny the contents of this paragraph.

6.4     Defendants deny the contents of this paragraph.

6.5     Defendants deny the contents of this paragraph.

6.6     Defendants deny the contents of this paragraph.

6.7     Defendants deny the contents of this paragraph.

6.8     Defendants deny the contents of this paragraph.

6.9     Defendants deny the contents of this paragraph.

6.10    Defendants deny the contents of this paragraph.

6.11    Defendants deny the contents of this paragraph.

### VII.    FOURTH CLAIM FOR RELIEF

7.1     This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

7.2     Defendants deny the contents of this paragraph.

7.3     Defendants deny the contents of this paragraph.

7.4     Defendants deny the contents of this paragraph.

7.5     Defendants deny the contents of this paragraph.

Page 5 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

**ARMSTRONG & JAMESON, P.S.**
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA  99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 5 of 7

## VIII. FIFTH CLAIM FOR RELIEF

8.1 This paragraph states a legal conclusion to which no answer is required and therefore Defendants deny the paragraph on that basis.

8.2 Defendants deny the contents of this paragraph.

8.3 Defendants deny the contents of this paragraph.

8.4 Defendants deny the contents of this paragraph.

8.5 Defendants deny the contents of this paragraph.

## IX. REQUEST FOR RELIEF

Plaintiff's Prayer for Relief is not an allegation and does not require an answer. To the extent an answer is required, Defendants deny Plaintiff is entitled to the requested relief.

## X. RESERVATION OF RIGHTS

Defendants reserve the right to assert all arguments and defenses lawfully available to them, including but not limited to those defenses asserted herein. Defendants reserve the right to add defenses and affirmative defenses, to add counterclaims and third-party defendants, and to argue legal theories in addition to or in lieu of those specifically identified herein, as the facts in the matter may warrant, including without limitation additional or further facts hereafter disclosed through discovery.

## XI. PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint, and having asserted affirmative defenses, Defendants pray for relief as follows:

1. That all claims and allegations asserted in this Complaint again be dismissed with prejudice;

2. That the claim filed by H3PUC be affirmed as a dischargeable debt in the

Page 6 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

ARMSTRONG & JAMESON, P.S.
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA 99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 6 of 7

Defendant's Chapter 13 Bankruptcy.

3. That the Defendants be awarded his attorneys' fees and/or costs incurred in this action, pursuant to law or contract as applicable; and

4. That Defendants be awarded all such other and further relief as the Court deems just and equitable.

DATED this 12th day of December, 2024.

ARMSTRONG & JAMESON, P.S.

/s/Randy L. Jameson, Jr.
RANDY L. JAMESON, JR, WSBA #30851
Attorney for Defendants

Page 7 – ANSWER TO COMPLAINT FOR EXCEPTION AND OBJECTION TO DISCHARGE

ARMSTRONG & JAMESON, P.S.
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
1491 TAPTEAL DRIVE, STE. A
RICHLAND, WA 99352
(509) 943-4681
FAX (509) 946-3949

24-80034-WLH    Doc 4    Filed 12/12/24    Entered 12/12/24 17:22:09    Pg 7 of 7