
* TEXT REDACTED IN AREA RESERVED FOR COURT USE PER LBR 9013-1(c)(2)(A)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Ca~~u~~se No. 24-01591-WLH13 |
| TOBY J. RIPPLINGER and KRISTINA L. RIPPLINGER, | |
| Debtors. | |
| _____ | |
| H3PUC, PLLC, | Adv. Proc. No.~~:~~ 24-80034-WLH |
| Plaintiff, | ORDER AND JUDGMENT FOR EXCEPTION TO DISCHARGE |
| v. | |
| TOBY J. RIPPLINGER and KRISTINA L. RIPPLINGER, | |
| Defendants. | |

~~**ORDER**~~

THIS MATTER having come before the ~~C~~court on the Stipulation of the ~~P~~parties, the ~~C~~court hereby orders that the Stipulation terms, which appear at ECF No. 20, are approved. H3PUC, PLLC's claim [Claim No. 5] in the amount of $569,462.50 ~~shall be, and hereby~~ is~~,~~ declared and determined to be non-dischargeable in the plaintiffs' related

ORDER AND JUDGMENT FOR EXCEPTION TO DISCHARGE - 1

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140



24-80034-WLH   Doc 24   Filed 03/27/25   Entered 03/27/25 15:57:19   Pg 1 of 2

1  ~~pending~~ bankruptcy case. *~~In re Toby J. and Kristina L. Ripplinger, Cause No. 24-01591-~~*
2  ~~WLH13. The Court will enter a final judgment in this matter declaring the same.~~
3  ~~SO ORDERED.~~

///End of Order///

~~Dated:~~

_____
~~THE HONORABLE WHITMAN L. HOLT~~

*Presented by*:

WALKER HEYE, PLLC
Attorneys for Plaintiff

_____
JUSTINE T. KOEHLE, WSBA #52871
Walker Heye, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
Telephone: (509) 735-4444
Email: jkoehle@walkerheye.com

*Approved as to form, notice of presentment waived by:*

*See proposed order uploaded at ECF No. 21*
KRISTINA L. RIPPLINGER, *Pro Se*

*See proposed order uploaded at ECF No. 21*
TOBY J. RIPPLINGER, *Pro Se*

 \* Changes made by court

ORDER AND JUDGMENT FOR EXCEPTION TO DISCHARGE - 2

WALKER HEYE, PLLC
1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P: 509.735.4444
F: 509.735.7140

